**Electronically Filed
Supreme Court
SCPW-23-0000603
01-DEC-2023
12:48 PM
Dkt. 17 ORD**

SCPW-23-0000603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE KAIPOLANI ELIZABETH IAEA

_____

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Eddins, J., Circuit Judge Cahill, in place of
McKenna, J., recused, Circuit Judge Kawamura and Circuit Judge
Remigio, assigned by reason of vacancies)

Upon consideration of the submissions from Petitioner Kaipolani Elizabeth Iaea, filed with this court on October 23, 2023 as a petition for a writ of mandamus, and the record, we conclude the Petitioner failed to establish a clear and indisputable right to the relief requested, and a lack of other means to redress adequately the alleged wrong or obtain the requested action. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999).

It is ordered:

1. The petition is denied.

2. With respect to the sealed court filings at Docket 1, Docket 2, and Docket 8, the appellate clerk shall file a redacted version of these documents on the public record by redacting the "Personal Information" including the social security numbers and dates of birth in conformance with the definition of "Personal Information" in Rule 2.19 of the Hawaiʻi Court Records Rules. In addition, the appellate clerk shall redact the copies of the letters from the Social Security Administration, the Petitioner's social security card, and the Petitioner's driver license, on the basis that the Petitioner's personal information is identified on these records. We also find that Docket 1, page 2, paragraph 5 include reference to the petitioner's health and medical information, and to protect the confidentiality of this information the first four-words and date identified immediately after the paragraph 5 designation shall be redacted. See, e.g., Pac. Radiation Oncology, LLC v. Queen's Med. Ctr., 138 Hawaiʻi 14, 19, 375 P.3d 1252, 1257 (2016) (discussing the constitutional right to privacy).

The clerk shall file the redacted versions of Docket 1, Docket 2, and Docket 8 on the record in this case as new filings, and for the reasons stated above Docket 1, Docket 2, and Docket 8 shall remain sealed. Any individual may file a motion objecting to the sealing of these documents.

2

3.   The appellate clerk shall process the petition without payment of the filing fee, and the filing fees collected in this proceeding shall be refunded.

DATED:  Honolulu, Hawaiʻi, December 1, 2023.

/s/ Mark E. Recktenwald

/s/ Todd W. Eddins

/s/ Peter T. Cahill

/s/ Shirley M. Kawamura

/s/ Catherine H. Remigio

